UNITED STATES DISTRICT COURT

# memorandum

DATE: October 9, 2018

REPLY TO ATTN OF: Jody B

SUBJECT: Possibly Related Case

CASE NUMBER: 1:18-cv-1155

CASE CAPTION: Muskegon, County of v. Purdue Pharma L.P. et al

TO: Magistrate Judge Carmody

*FILED (KZ) U.S. District Court Clerk OCT 1 5 2018 By ___ Western Michigan Scanned 10-16-18*

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Paul L. Maloney       Case Number 1:17-cv-1114

                            Case Number _____

                            Case Number _____

Cognate LCR 3.3 .2(c)

✓ Case is related     ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the *a similar* same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

Dated: 10/16/2018       Signature: *Ellen S Carmody*

X Direct assignment performed
___ Random assignment performed

Initials: *JB*     Date: 10-16-18

07/15